HAROLD YOUNG, Appellant, *v.* EDELBREW BREWERY, INC., Respondent.

Argued January 12, 1951; decided March 8, 1951.

654

*Alfred S. Julien, Zarah Williamson* and *Arthur D. Spatt* for appellant.

*Bertrand Ettinger* for respondent.

Judgment of Appellate Division reversed and a new trial granted, with costs to abide the event, upon the ground that there was evidence sufficient to present to the jury the question of fact whether Goldstein, in procuring plaintiff's arrest, was acting within the scope of his authority as an officer of the defendant corporation and in furtherance of its interests. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.